United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-04656-HWV
Linda E. Spallone  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 08, 2021     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Linda E. Spallone, 620 N Church St, Hazleton, PA 18201-4256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com |
| John H. Doran | on behalf of Debtor 1 Linda E. Spallone jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 1 Linda E. Spallone ldoran@dorananddoran.com |
| Mario John Hanyon | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michele A De Witt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| Steven P. Kelly | |

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Fay Servicing  LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda E. Spallone<br>              Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust<br>              Movant<br>vs. | NO. 17-04656 HWV |
| Linda E. Spallone<br>              Debtor(s) | |
| Charles J. DeHart, III Esq.<br>              Trustee | 11 U.S.C. Sections 362 a |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Trial Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Trial Loan Modification Agreement accepted on October 6, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Dated: April 8, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)