United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                     Case No. 17-04656-MJC
Linda E. Spallone                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                  Page 1 of 3
Date Rcvd: Apr 14, 2022                   Form ID: 3180W                            Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda E. Spallone, 620 N Church St, Hazleton, PA 18201-4256 |
| cr | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Wilmington Savings Fund Society, FSB, et al., c/o Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4990526 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 4990527 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing, PO Box 809441, Chicago, IL 60680-9441 |
| 4990528 | | First Access - Visa, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 4990533 | | Phelan Hallinan Diamond & Jones LLP, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 4990534 | | Service Electric Cable TV, 380 Maplewood Drive, Hazle Township, PA 18202-8200 |
| 4990525 | | Spallone Linda E, 620 N Church St, Hazleton, PA 18201-4256 |
| 5361138 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5361139 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association as Serviced by Select Portfolio Servicing, |
| 5035555 | | Wilmington Savings Fund Society,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5002441 | + | Wilmington Savings Fund Society, FSB, c/o Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECF@fayservicing.com | Apr 14 2022 18:39:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4990527 | | Email/Text: ECF@fayservicing.com | Apr 14 2022 18:39:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680-9441 |
| 4990529 | + | EDI: AMINFOFP.COM | Apr 14 2022 22:48:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4990530 | | EDI: IRS.COM | Apr 14 2022 22:49:00 | Internal Revenue Service, Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4990531 | | EDI: JEFFERSONCAP.COM | Apr 14 2022 22:48:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5034298 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 18:39:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4990532 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 18:38:50 | Merrick Bank Corp, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 4990821 | + | EDI: RECOVERYCORP.COM | Apr 14 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5012688 | + | EDI: JEFFERSONCAP.COM | | |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Apr 14 2022 22:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4990535 | EDI: PRATHEBUR | Apr 14 2022 22:48:00 | The Bureaus Inc, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 5361138 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5361139 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2022 18:39:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing, |
| 4990536 | Email/Text: bkrcy@ugi.com | Apr 14 2022 18:39:00 | UGI, PO Box 13009, Reading, PA 19612-3009 |
| 5008512 | EDI: AIS.COM | Apr 14 2022 22:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5035555 | Email/Text: ECF@fayservicing.com | Apr 14 2022 18:39:00 | Wilmington Savings Fund Society,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com |
| John H. Doran | on behalf of Debtor 1 Linda E. Spallone jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 1 Linda E. Spallone ldoran@dorananddoran.com |
| Mario John Hanyon | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com, |

| | |
|---|---|
| | mario.hanyon@brockandscott.com |
| Michele A De Witt | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| Steven P. Kelly | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, et al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | |
| | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Linda E. Spallone<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–9756<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–04656–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Linda E. Spallone

4/14/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**