In re:  Case No. 17-04656-MJC
Linda E. Spallone  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 09, 2022      Form ID: fnldec      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Linda E. Spallone, 620 N Church St, Hazleton, PA 18201-4256 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com |
| John H. Doran | on behalf of Debtor 1 Linda E. Spallone jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 1 Linda E. Spallone ldoran@dorananddoran.com |
| Mario John Hanyon | on behalf of Creditor Fay Servicing LLC As Servicer For Wilmington Savings Fund Society, Et. Al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michele A De Witt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| Steven P. Kelly | |

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Ventures Trust 2013-II skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Fay Servicing  LLC As Servicer For Wilmington Savings Fund Society, Et. Al. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Linda E. Spallone, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−04656−MJC |

Social Security No.:
          xxx−xx−9756

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)